# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Stephen Thaler

v.

Shira Perlmutter et al.

**Case No:** 23-5233

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

(1) Shira Perlmutter, Register of Copyrights and Director of the U.S. Copyright Office;

(2) U.S. Copyright Office

### Counsel Information

Lead Counsel: Nicholas S. Crown

Direct Phone: (202) 616-5365  Fax: (___) ___-____  Email: nicholas.s.crown@usdoj.gov

2nd Counsel: Daniel Tenny

Direct Phone: (202) 514-1838  Fax: (___) ___-____  Email: daniel.tenny@usdoj.gov

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: United States Department of Justice

Firm Address: 950 Pennsylvania Avenue NW, Washington DC 20530

Firm Phone: (202) 514-2000  Fax: (___) ___-____  Email: civil.appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)