# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STEPHEN THALER,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>SHIRA PERLMUTTER, IN HER OFFICIAL CAPACITY AS REGISTER OF COPYRIGHTS AND DIRECTOR OF THE UNITED STATES COPYRIGHT OFFICE, and UNITED STATES COPYRIGHT OFFICE,<br><br>   Defendants-Appellees. | No. 23-5233 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A. Parties and Amici

Plaintiff-appellant is Stephen Thaler. Defendants-appellees are Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office, and the United States Copyright Office. No amici curiae appeared in the district court. We are unaware of any amici on appeal.

B.  **Ruling Under Review**

The ruling under review is the district court (Howell, J.) order (Dkt. 23) and memorandum opinion (Dkt. 24), entered August 18, 2023, granting summary judgment to defendants-appellees. The reported opinion is available at ___ F. Supp. 3d. ___, 2023 WL 5333236.

C.  **Related Cases**

This case has not previously been before this Court or any court other than the district court. We are not aware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

DANIEL TENNY

/s/ *Nicholas S. Crown*
NICHOLAS S. CROWN
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7325*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 616-5365*
