# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO.  23-5233      2. DATE DOCKETED: 10-18-2023
3. CASE NAME (lead parties only)   Thaler   v.   Perlmutter et al
4. TYPE OF CASE: ☐ Review  ☒ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes  ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed:  United States Copyright Office
   b. Give agency docket or order number(s):
   c. Give date(s) of order(s):  August 12, 2019, March 30, 2020, and February 14, 2022
   d. Has a request for rehearing or reconsideration been filed at the agency?  ☒ Yes  ☐ No
      If so, when was it filled? 9/23/19 and 5/27/20   By whom?  Stephen Thaler
      Has the agency acted?  ☒ Yes  ☐ No  If so, when? 3/30/20 and 2/14/2022
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      5 U.S.C. § 706(2), 28 U.S.C. §§ 2342, 2344; and Fed. R. App. P. 15
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes  ☒ No  If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes  ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?  ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature /s/ Ryan Abbott      Date 11-17-2023
Name of Counsel for Appellant/Petitioner  Ryan Abbott
Address 11601 Wilshire Boulevard, Suite 2080, Los Angeles, California 90025
E-Mail ryan@bnsklaw.com      Phone ( 310 ) 593-9895    Fax ( 310 ) 593-9980

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)