# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STEPHEN THALER,<br><br>*Plaintiff-Appellant,*<br><br>vs.<br><br>SHIRA PERLMUTTER, IN HER OFFICIAL CAPACITY AS REGISTER OF COPYRIGHTS AND DIRECTOR OF THE UNITED STATES COPYRIGHT OFFICE, and UNITED STATES COPYRIGHT OFFICE,<br><br>*Defendants-Appellees.* | No. 22-1564 |

## STATEMENT OF ISSUES TO BE RAISED AND CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's order of October 18, 2023, F.R.A.P. 26.1, D.C. Circuit Rule 26.1 and D.C. Circuit Rule 28(a)(1), Plaintiff-Appellant Stephen Thaler ("Thaler") in case No. 23-5233 hereby certifies as follows:

1

I.   **Statement of Issues to Be Raised**

Whether the District Court erred in agreeing with the Copyright Office's refusal to register a copyright in an AI-generated work because of its determination that a traditional human author is necessary for copyright protection.

II.

   A.   **Parties**

   Petitioner

The Petitioner in this matter is Stephen Thaler, the creator, owner, and operator of an artificial intelligence system capable of generating visual artwork.

   Respondents

The Respondents in this matter are the United States Copyright Office and Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office.

   Intervenors

The Petitioner is not aware of any intervenors in this matter to date.

   Amici

Petitioner is not aware of any *amici* in this matter to date.

**B.    Rulings Under Review**

Petitioner seeks review of summary judgment granted against him in *Thaler v. Perlmutter et al*, No. 1:22-cv-01564-BAH (D.D.C. Aug. 18, 2023).

**C.    Related Cases**

Petitioner is not aware of any related cases.


Dated: November 17, 2023    **BROWN NERI SMITH & KHAN, LLP**

                                          By:   */s/ Ryan Abbott*

                                        Ryan B. Abbott, MD, PhD, Esq.
                                        Timothy Lamoureux, Esq.
                                        11601 Wilshire Blvd., Ste. 2080
                                        Los Angeles, CA 90025
                                        Phone: (310) 593-9890
                                        Fax: (310) 593-9980
                                        Ryan@bnsklaw.com
                                        Tim@bnsklaw.com

                                        *Attorneys for Plaintiff*