# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STEPHEN THALER, <br><br> *Plaintiff-Appellant,* <br><br> vs. <br><br> SHIRA PERLMUTTER, IN HER OFFICIAL CAPACITY AS REGISTER OF COPYRIGHTS AND DIRECTOR OF THE UNITED STATES COPYRIGHT OFFICE, and UNITED STATES COPYRIGHT OFFICE, <br><br> *Defendants-Appellees.* | No. 22-1564 |

## UNDERLYING DECISIONS FROM WHICH APPEAL OR PETITION ARISES

Pursuant to the Court's order of October 18, 2023 and D.C. Circuit Rule 28(a)(1), Plaintiff-Appellant Stephen Thaler ("Thaler") in case No. 23-5233 hereby submits the underlying decisions from which this appeal or petition arises.

1. The United States Copyright Office's refusal and denial letters issued on August 12, 2019; March 30, 2020; and February 14, 2022, refusing to register the copyright claim of Thaler.

1

2. Judgement entered by the United States District Court for the District of Columbia, in Case No. 1:22-cv-01564-BAH, on August 18, 2023, in favor of Defendants Shira Perlmutter's and the United States Copyright Office 's Cross-Motion for Summary Judgment (ECF No. 17) against Plaintiff Stephen Thaler, and the order denying Plaintiff Stephen Thaler's Motion for Summary Judgement (ECF No. 16) against Defendants Shira Perlmutter and the United States Copyright Office.

Dated: November 17, 2023  **BROWN NERI SMITH & KHAN, LLP**

By: _/s/ Ryan Abbott_

Ryan B. Abbott, MD, PhD, Esq.
Timothy Lamoureux, Esq.
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
Phone: (310) 593-9890
Fax: (310) 593-9980
Ryan@bnsklaw.com
Tim@bnsklaw.com

*Attorneys for Plaintiff-Appellant*