# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Thaler

**v.** Perlmutter et al

**Case No:** 23-5233

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Stephen Thaler

### Counsel Information

Lead Counsel: Ryan Abbott
Direct Phone: (310) 699-4431  Fax: (310) 593-9980  Email: ryan@bnsklaw.com

2nd Counsel: Timothy G. Lamoureux
Direct Phone: (310) 593-9895  Fax: (310) 593-9980  Email: tim@bnsklaw.com

3rd Counsel:
Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Brown Neri Smith & Khan, LLP
Firm Address: 11601 Wilshire Blvd., Suite 2080
Firm Phone: (310) 593-9890  Fax: (310) 593-9980  Email: kaitlyn@bnsklaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)