# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STEPHEN THALER,<br><br>*Plaintiff-Appellant*,<br><br>vs.<br><br>SHIRA PERLMUTTER, IN HER OFFICIAL CAPACITY AS REGISTER OF COPYRIGHTS AND DIRECTOR OF THE UNITED STATES COPYRIGHT OFFICE, and UNITED STATES COPYRIGHT OFFICE,<br><br>*Defendants-Appellees*. | No. 23-5233 |

## DISCLOSURE STATEMENT

Pursuant to Rule 26.1, Plaintiff-Appellant Stephen Thaler ("Thaler") in case No. 23-5233 hereby submits this disclosure statement as follows:

Stephen Thaler is a natural person and therefore no corporate disclosure is necessary.

Brown Neri Smith & Khan, LLP is the only law firm that has participated in the district court proceeding under review.

1

Dated: November 20, 2023  **BROWN NERI SMITH & KHAN, LLP**

By: <u>*/s/ Ryan Abbott*</u>

Ryan B. Abbott, MD, PhD, Esq.
Timothy Lamoureux, Esq.
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
Phone: (310) 593-9890
Fax: (310) 593-9980
Ryan@bnsklaw.com
Tim@bnsklaw.com

*Attorneys for Plaintiff-Appellant*