No. 23-5233                          September Term, 2023

1:22-cv-01564-BAH

Filed On: February 6, 2024 [2039074]

Stephen Thaler, an individual,

        Appellant

    v.

Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office and U.S. Copyright Office,

        Appellees

**O R D E R**

Upon consideration of appellees' unopposed motion for a 14-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | March 6, 2024 |
| Appellant's Reply Brief | March 27, 2024 |

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk