# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5233**                          **September Term, 2023**

**1:22-cv-01564-BAH**

**Filed On: March 15, 2024** [2045189]

Stephen Thaler, an individual,

      Appellant

    v.

Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office and U.S. Copyright Office,

      Appellees

### O R D E R

Upon consideration of appellant's unopposed motion for a 14-day extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. Appellant's reply brief is now due April 10, 2024.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                        BY:     /s/
                                       Michael C. McGrail
                                       Deputy Clerk