# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-5233**                             **September Term, 2023**

1:22-cv-01564-BAH

Filed On: June 17, 2024 [2060206]

Stephen Thaler, an individual,

      Appellant

      v.

Shira Perlmutter, in her official capacity as
Register of Copyrights and Director of the
United States Copyright Office and U.S.
Copyright Office,

      Appellees

## O R D E R

      It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on September 19, 2024, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

      The time and date of oral argument will not change absent further order of the Court.

      A separate order will be issued regarding the allocation of time for argument.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                 BY:    /s/
                                                 Michael C. McGrail
                                                 Deputy Clerk

The following forms and notices are available on the Court's website:

    Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)