# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5233                        September Term, 2024

1:22-cv-01564-BAH

Filed On: September 6, 2024 [2073604]

Stephen Thaler, an individual,

      Appellant

      v.

Shira Perlmutter, in her official capacity as
Register of Copyrights and Director of the
United States Copyright Office and U.S.
Copyright Office,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for September 19, 2024, at 9:30 A.M.:

      Appellant       -       10 Minutes

      Appellees       -       10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Millett and Wilkins, and Senior Circuit Judge Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 10, 2024.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)