# DISTRICT OF COLUMBIA
# COURT OF APPEALS

---

STEPHEN THALER,

*Plaintiff and Appellant,*

v.

SHIRA PERLMUTTER, Register of Copyrights and

Director of the United States Copyright Office, et al.,

*Defendant and Appellee.*

---

## SUPPLEMENTAL BRIEFING

---

On Appeal From Order of the United States District Court
for the District of Columbia

Honorable Beryl A. Howell
Case No. 1:22-cv-01564-BAH

**BROWN NERI SMITH & KHAN LLP**
Ryan Abbott (SBN 281641)
*ryan@bnsklaw.com*
Timothy G. Lamoureux (SBN 294048)
*tim@bnsklaw.com*
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

*Attorneys for Plaintiff-Appellant Stephen Thaler*

Counsel is grateful for the Court's invitation for additional explanation, and respectfully makes the following submission.

The Court's order invites Dr. Thaler to respond to whether he waived a response to the District Court's holding that "this case presents only the question of whether a work generated autonomously by computer system is eligible for copyright." (Appx. 198.) The District Court's determination referred back to its holding earlier in its opinion that the "only question properly presented" is whether the Register violated the APA. (Appx. 191.)

Dr. Thaler challenged this characterization in his Opening Brief. On page 43 of his Opening Brief, Dr. Thaler cited the previously cited statement on Appx. 191, challenging that "autonomous creation in the administrative record does not show human involvement."  On the same page of the brief, Dr. Thaler argued that that this "latter conclusion" was "based on a misunderstanding of the record below." As such, Dr. Thaler directly challenged the District Court's conclusion that the record showed only autonomous creation with no human involvement.

Dated: September 25, 2024      By:*/s/ Ryan Abbott*

Ryan Abbott, Esq.
Brown, Neri, Smith & Khan, LLP
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025

*Attorney for Plaintiff-Appellant*
*Stephen Thaler*

2