# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 23-5233                       September Term, 2024

FILED ON: MARCH 18, 2025

STEPHEN THALER, AN INDIVIDUAL,
        APPELLANT

v.

SHIRA PERLMUTTER, IN HER OFFICIAL CAPACITY AS REGISTER OF COPYRIGHTS AND DIRECTOR OF THE UNITED STATES COPYRIGHT OFFICE AND U.S. COPYRIGHT OFFICE,
        APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-01564)

---

Before: MILLETT and WILKINS, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

## **J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's denial of Dr. Stephen Thaler's copyright application be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                             BY:    /s/

                                               Daniel J. Reidy
                                               Deputy Clerk

Date: March 18, 2025

Opinion for the court filed by Circuit Judge Millett.