# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5233**                    **September Term, 2024**

**1:22-cv-01564-BAH**

**Filed On:** May 12, 2025

Stephen Thaler, an individual,

     Appellant

    v.

Shira Perlmutter, in her official capacity as
Register of Copyrights and Director of the
United States Copyright Office and U.S.
Copyright Office,

     Appellees

**BEFORE:**   Millett and Wilkins, Circuit Judges; Rogers, Senior Circuit Judge

## O R D E R

  Upon consideration of appellant's petition for panel rehearing filed on May 2, 2025, it is

**ORDERED** that the petition be denied.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Lillian R. Wright
     Deputy Clerk