# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 23-5233**  **September Term, 2024**

**1:22-cv-01564-BAH**

**Filed On:** May 12, 2025

Stephen Thaler, an individual,

    Appellant

    v.

Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office and U.S. Copyright Office,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
            Lillian R. Wright
            Deputy Clerk