No. 23-5233                           September Term, 2024

1:22-cv-01564-BAH

Filed On: May 20, 2025 [2116652]

Stephen Thaler, an individual,

       Appellant

       v.

Shira Perlmutter, in her official capacity as Register of Copyrights and Director of the United States Copyright Office and U.S. Copyright Office,

       Appellees

## M A N D A T E

In accordance with the judgment of March 18, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                        BY:     /s/
                                     Daniel J. Reidy
                                     Deputy Clerk

Link to the judgment filed March 18, 2025