# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 23, 2025

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 28 2025

RECEIVED

Re: Stephen Thaler
v. Shira Perlmutter, Register of Copyrights and Director of the
United States Copyright Office, et al.
Application No. 25A82
(Your No. 23-5233)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on July 23, 2025, extended the time to and including October 9, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by *[signature]*

Rashonda Garner
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Dr. Ryan Benjamin Abbott
Brown, Neri, Smith and Khan, LLP
11601 Wilshire Blvd. #2080
Los Angeles, CA  90025


Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the District of Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL
IMI
$000.74
07/24/2025 ZIP 20543
043M31266310

US POSTAGE

200013286 0303