# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 14, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  Stephen Thaler
          v. Shira Perlmutter, Register of Copyrights and Director of the
          United States Copyright Office, et al.
          No. 25-449
          (Your No. 23-5233)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 9, 2025 and placed on the docket October 14, 2025 as No. 25-449.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst